United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-13088-bif
Charles Medley                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 2            Date Rcvd: Apr 09, 2013
                             Form ID: 131            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2013.
db          +Charles Medley,   7115 Greenway Avenue,   Philadelphia, PA 19142-1144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Apr 09, 2013
                               Form ID: 131                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2013 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        MICHAEL A. CIBIK2    on behalf of Debtor Charles Medley ecf@ccpclaw.com,  igotnotices@ccpclaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
        TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  

    Charles Medley

              Debtor(s)

Chapter: 13

Bankruptcy No: 13−13088−bif

***O R D E R***

AND NOW, this 9th day of April, 2013 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

And the following documents are missing

> Matrix List of Creditors due 04/15/2013. Atty Disclosure Statement due 04/22/2013. Chapter 13 Plan due by 04/22/2013. Statement of Current Monthly Income due 04/22/2013. Schedules A−J due 04/22/2013. Statement of Financial Affairs due 04/22/2013. Summary of schedules due 04/22/2013. Statistical Summary of Certain Liabilities due 04/22/2013

It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007−2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within 7 days of the filing of the petition or else this case may be dismissed without additional notice or hearing after that date.

It is further ORDERED that all other missing documents are due within 14 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 14 days, is granted. If not, this case may be dismissed without additional notice or hearing after 4/22/13 .

By the Court

Bruce I. Fox
Judge , United States Bankruptcy Court